**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

SYLVESTER RHODES, BY AND THROUGH
KATHERINE RHODES, NEXT FRIEND, FOR
THE USE AND BENEFIT OF SYLVESTER
RHODES                                                          PLAINTIFF

VERSUS                            CIVIL ACTION NO. 5:06cv167-DCB-JMR

MARINER HEALTH CARE, INC., ET AL.                              DEFENDANTS

## ORDER OF REMAND

This matter comes before the court on the plaintiff's Motion to Remand [**docket entry no. 6**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Yazoo County, Mississippi.

SO ORDERED, this the  30th  day of  April, 2007.


                                         s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE